UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEFFREY EUGENE LEE,

v.  Case No. 8: 89-cr-4-T-17TGW
8: 98-cv-1982-T-17TGW

UNITED STATES OF AMERICA.

_____

ORDER

The Court denied Defendant's motion to vacate, set aside, or correct an allegedly illegal sentence pursuant to 28 U.S.C. § 2255. Defendant filed a motion for relief from judgment which the Court denied on May 24, 2005. Defendant filed a Notice of Appeal, a motion for certificate of appealability, and a motion to proceed on appeal in forma pauperis, all of which this Court denied. Subsequently, the United States Court of Appeals for the Eleventh Circuit also denied Defendant's application for certificate of appealability and motion to proceed in forma pauperis.

Defendant has no case pending in this Court. However, Defendant has improperly filed a request for a subpoena duces tecum.

Having considered the request, the Court orders:

That the Clerk shall return the present filing and note in the docket that the filing was

returned because Defendant has no pending case in this Court.

ORDERED at Tampa, Florida, on _June 19th_, 2006.

_____
ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

AUSA: Jeffrey S. Downing
Jeffrey Eugene Lee