UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                                      CASE NO. 8:89-CR-4-T-17TGW


JEFFREY EUGENE LEE.

_____/


ORDER

This cause is before the Court on:

Dkt. 1133     Motion for Reduction of Sentence Pursuant to
              Section 404(b) of the First Step Act of 2018
Dkt. 1135     Motion Requesting that Federal Defender File a
              Motion Requesting U.S. Probation to File a First
              Step Memorandum
Dkt. 1136     Motion to Proceed Pro Se

The Federal Defender's Office was appointed to represent Defendant
Jeffrey Eugene Lee. (Dkt. 1134). The Federal Defender's Office filed an
Unopposed Motion to Withdraw after conferring with Defendant Lee, and
Defendant Lee has moved to proceed pro se.


The Unopposed Motion to Withdraw was granted. (Dkt. 1140). The
Court therefore grants Defendant Lee's Motion to Proceed Pro Se. (Dkt. 1136)
Because the Federal Defender is no longer representing Defendant Lee, and a
First Step Memorandum has been filed, Defendant Lee's Motion Requesting the
Federal Defender to File a Motion Requesting U.S. Probation to file a First Step
Memorandum (Dkt. 1135) is denied as moot.

Case No. 8:89-CR-4-T-17TGW

After consideration, the Court directs the Government to respond to Defendant Lee's <u>Pro Se</u> Motion to Reduce Sentence Pursuant to Section 404(b) of the First Step Act within thirty days. Accordingly, it is

**ORDERED** that Defendant Jeffrey Eugene Lee's Motion to Proceed <u>Pro Se</u> (Dkt. 1136) is **granted**; Defendant Jeffrey Eugene Lee's Motion Requesting that the Federal Defendant File a Motion Requesting U.S. Probation to File a First Step Memorandum (Dkt. 1135) is **denied as moot**. It is further

**ORDERED** that the Government **shall file** a response to Defendant Lee's <u>pro se</u> Motion to Reduce Sentence Pursuant to Section 404(b) of the First Step Act **within thirty days**.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 21st day of June, 2019.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:

AUSA Michael Gordon

<u>Pro Se</u> Defendant:

Jeffrey Eugene Lee
Register # 42287-019
Federal Correctional Complex USP-2
P.O. Box 1034
Coleman, FL    33521